**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 30, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00617-CR

_____

## IN RE LAMONN E. BLUNT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1132233-C**

---

## MEMORANDUM OPINION

On July 20, 2015, relator Lamonn E. Blunt filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Chris Daniel, Harris County District Clerk, to file relator's supplemental application for writ of habeas corpus.

This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The district clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.[1]

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] In his petition, relator apparently has confused this court with the district court as his request for relief appears to be directed to the lower court.